UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Lease Trust

In Re:
    Delson Antonio De Jesus

Order Filed on March 29, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No:    18-22603 SLM

Chapter: 7

Hearing Date: **on March 26, 2019 at 10:00 A.M.**

Judge: Stacey L. Meisel

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 29, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2018 Toyota Highlander, VIN: 5TDDZRFH8JS824870,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 18-22603-SLM
Delson Antonio De Jesus                                          Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                 Page 1 of 1          Date Rcvd: Mar 29, 2019
                               Form ID: pdf903             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db             +Delson Antonio De Jesus,    15 East 3rd Street,    Clifton, NJ 07011-1610
aty            +Forman Holt,    66 route 17 North, First Fl,    Paramus, NJ 07652-2672

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              David L. Stevens     on behalf of Debtor Delson Antonio De Jesus dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              David L. Stevens     on behalf of Defendant Delson Antonio DeJesus dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Franklin S. Montero     on behalf of Debtor Delson Antonio De Jesus montero@fmonterolaw.com,
               outsourcedparalegal@gmail.com,diaz.L@FMonterolaw.com
              Jeffrey A. Lester    on behalf of Creditor    Visions Federal Credit Union jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Creditor    North Jersey Federal Credit Union jlester@bllaw.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim R. Lynch     on behalf of Trustee Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch     on behalf of Plaintiff Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
               kanema@formanlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12