UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-22603(SLM) |
| Delson Antonio DeJesus | Chapter: 7 |
| | |
| Benjamin A. Stanziale, Jr., Trustee v. | Adv. Pro. No. 18-1485(SLM) |
| Delson Antonio DeJesus | |
| | Judge:    Stacey L. Meisel |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Benjamin A. Stanziale, Jr., Chapter 7 Trustee in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on July 16, 2019 at 10:00 a.m. at the United States Bankruptcy Court, 50 Walnut Street, Courtroom No.3A, Newark, New Jersey. If no objection is filed, the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of Action: The Trustee filed a complaint (the "Complaint") against the Debtor's discharge based on the Debtor's failure to keep or preserve recorded information, to turnover recorded information to the Trustee and for failure to explain satisfactorily the loss or deficiency of assets to meet his liabilities. The parties attended mediation to resolve the issues raised in the complaint. The meditation session failed to produce a settlement. Subsequent to the conclusion of mediation, the Debtor offered to settle the Complaint.

> Pertinent terms of settlement: The Debtor shall provide information to the Trustee to enable the Trustee to complete his investigation and the debtor agrees to pay to the estate $25,000 representing the deficiency in assets. The Debtor shall pay $10,000 upon approval of this settlement and $15,000 over a period of nine (9) months. The Trustee believes the settlement as proposed is fair and reasonable and in the best interest of the Debtor's estate.

Objections must be served on, and requests for additional information directed to:
Name:        Kim R. Lynch, Esq.
Address:     Forman Holt, 66 Route 17 North, First Floor, Paramus, New Jersey 07652
Telephone No.: 201-845-1000
E-Mail:      klynch@formanlaw.com

F0054361 - 1

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                  Case No. 18-22603-SLM
Delson Antonio De Jesus                                                 Chapter 7
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 2                Date Rcvd: Jun 19, 2019
                              Form ID: pdf905               Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db             +Delson Antonio De Jesus,    15 East 3rd Street,    Clifton, NJ 07011-1610
aty            +Forman Holt,   66 route 17 North, First Fl,     Paramus, NJ 07652-2672
cr             +Visions Federal Credit Union,    24 McKinley Avenue,    Endicott, NY 13760-5491
cr              WELLS FARGO BANK, N.A.,    PO BOX 10438,   Des Moines, IA 50306-0438
517606080      +American Express,    PO Box 981537,   El Paso, TX 79998-1537
517960204       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517606081      +Amex Department Stores,    PO Box 8218,   Mason, OH 45040-8218
518026142       Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
518156679       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517606082      +Department of Ed/Navient,    123 Justison Street,    3rd Floor,   Wilmington, DE 19801-5360
517606084      +Firstmark/Citizens,    121 South 13th Street,    Lincoln, NE 68508-1904
517606086      +Lending Club Corporation,    21 Stevenson,   Suite 300,    San Francisco, CA 94105-2706
517606087      +Loancare,   PO Box 8068,    Virginia Beach, VA 23450-8068
517606088      +Loancare Servicing Center,    3637 Sentara Way,    Suite 303,   Virginia Beach, VA 23452-4262
517606089      +Loandepot.com,   PO Box 77404,    Trenton, NJ 08628-6404
517606090       North Jersey FCU,   711 Totowa Boulevard,    Totowa, NJ 07512
517606091      +Prosper Marketplace,    221 Main Street,   Suite 300,    San Francisco, CA 94105-1909
517606093     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,     5005 N. River Boulevard NE,
                 Cedar Rapids, IA 52411)
517606092       The Home Depot/CBNA,    PO Box 5497,   Sioux Falls, SD 57117
518305608       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517606094      +Visions FCU,   24 McKinley Avenue,    Endicott, NY 13760-5491
517983601      +Visions Federal Credit Union,    Jeffrey A Lester Esq. Braverman & Lester,   374 Main Street,
                 Hackensack NJ 07601-5805
517606095      +WF/Bobs Discount,    PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2019 00:18:13     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 00:18:09      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517606079      +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 20 2019 00:23:19
                 Alphera Financial Service,   PO Box 3608,   Dublin, OH 43016-0306
517970665       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 20 2019 00:23:19
                 BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin OH 43016, OH 43016
517619532      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 20 2019 00:23:43
                 BMW Financial Services NA, LLC,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517606083       E-mail/Text: bankruptcy@dcu.org Jun 20 2019 00:18:49     Digital Federal Credit Union,
                 220 Donald Lynch Boulevard,   Marlborough, MA 01752
517606085      +E-mail/Text: bncnotices@becket-lee.com Jun 20 2019 00:17:33     Kohls Department Store,
                 PO Box 3115,   Milwaukee, WI 53201-3115
518024639       E-mail/PDF: pa_dc_claims@navient.com Jun 20 2019 00:23:46
                 Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517967324      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2019 00:23:24     PYOD, LLC,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
518157659      +E-mail/Text: bncmail@w-legal.com Jun 20 2019 00:18:19     Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Jun 19, 2019
                               Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,  nj45@ecfcbis.com
          David L. Stevens    on behalf of Defendant Delson Antonio DeJesus dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          David L. Stevens    on behalf of Debtor Delson Antonio De Jesus dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Franklin S. Montero    on behalf of Debtor Delson Antonio De Jesus montero@fmonterolaw.com,
           outsourcedparalegal@gmail.com,diaz.L@FMonterolaw.com
          Jay L. Lubetkin    on behalf of Mediator Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jeffrey A. Lester    on behalf of Creditor    Visions Federal Credit Union jlester@bllaw.com
          Jeffrey A. Lester    on behalf of Creditor    North Jersey Federal Credit Union jlester@bllaw.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kim R. Lynch    on behalf of Trustee Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Plaintiff Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
           kanema@formanlaw.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```