UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Delson De Jesus**                Case No.:    **18-22603-SLM**

Chapter:    **7**

Judge:    **Stacey L. Meisel**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on October 15, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property:  **16 East 3rd Street, Clifton, New Jersey**<br><br>**Current Market Value of Property: $320,000.00**<br>**Estimated Cost of Sale:  $32,000.00** |
|---|

| Liens on property:  **LoanCare: $279,907.00** |
|---|

| Amount of equity claimed as exempt:  **$23,675.00** |
|---|

Objections must be served on, and requests for additional information directed to:

Name:         Benjamin A. Stanziale, Jr., Trustee

Address:      29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                       Case No. 18-22603-SLM
Delson Antonio De Jesus                                                      Chapter 7
             Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Sep 11, 2019
                               Form ID: pdf905              Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db             +Delson Antonio De Jesus,    15 East 3rd Street,    Clifton, NJ 07011-1610
aty            +Forman Holt,    66 route 17 North, First Fl,    Paramus, NJ 07652-2672
cr             +Visions Federal Credit Union,    24 McKinley Avenue,    Endicott, NY 13760-5491
cr              WELLS FARGO BANK, N.A.,    PO BOX 10438,    Des Moines, IA 50306-0438
517606080      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517960204       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517606081      +Amex Department Stores,    PO Box 8218,    Mason, OH 45040-8218
518026142       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518156679       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517606084      +Firstmark/Citizens,    121 South 13th Street,    Lincoln, NE 68508-1904
517606086      +Lending Club Corporation,    21 Stevenson, Suite 300,    San Francisco, CA 94105-2706
517606087      +Loancare,    PO Box 8068,    Virginia Beach, VA 23450-8068
517606088      +Loancare Servicing Center,    3637 Sentara Way,    Suite 303,    Virginia Beach, VA 23452-4262
517606089      +Loandepot.com,    PO Box 77404,    Trenton, NJ 08628-6404
517606090       North Jersey FCU,    711 Totowa Boulevard,    Totowa, NJ 07512
517606091      +Prosper Marketplace,    221 Main Street, Suite 300,    San Francisco, CA 94105-1909
517606093     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corp,     5005 N. River Boulevard NE,
                 Cedar Rapids, IA 52411)
517606092       The Home Depot/CBNA,    PO Box 5497,    Sioux Falls, SD 57117
518305608       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517606094      +Visions FCU,    24 McKinley Avenue,    Endicott, NY 13760-5491
517983601      +Visions Federal Credit Union,    Jeffrey A Lester Esq. Braverman & Lester,    374 Main Street,
                 Hackensack NJ 07601-5805
517606095      +WF/Bobs Discount,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2019 00:08:24     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2019 00:08:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center, Suite 2100,
                 Newark, NJ 07102-5235
517606079      +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 12 2019 00:03:26
                 Alphera Financial Service,    PO Box 3608,    Dublin, OH 43016-0306
517970665       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 12 2019 00:04:11
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin OH 43016, OH 43016
517619532      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 12 2019 00:04:59
                 BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517606083       E-mail/Text: bankruptcy@dcu.org Sep 12 2019 00:09:30     Digital Federal Credit Union,
                 220 Donald Lynch Boulevard,    Marlborough, MA 01752
517606082      +E-mail/PDF: pa_dc_ed@navient.com Sep 12 2019 00:04:12     Department of Ed/Navient,
                 123 Justison Street,    3rd Floor,    Wilmington, DE 19801-5360
517606085       E-mail/Text: bncnotices@becket-lee.com Sep 12 2019 00:07:20      Kohls Department Store,
                 PO Box 3115,   Milwaukee, WI 53201-3115
518024639       E-mail/PDF: pa_dc_claims@navient.com Sep 12 2019 00:05:03
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517967324      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2019 00:05:06      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
518157659      +E-mail/Text: bncmail@w-legal.com Sep 12 2019 00:08:37      Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 11, 2019
                              Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,  nj45@ecfcbis.com
          David L. Stevens    on behalf of Defendant Delson Antonio DeJesus dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          David L. Stevens    on behalf of Debtor Delson Antonio De Jesus dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Franklin S. Montero     on behalf of Debtor Delson Antonio De Jesus montero@fmonterolaw.com,
           outsourcedparalegal@gmail.com,diaz.L@FMonterolaw.com,Kelly@totalbankruptcysolution.com
          Jay L. Lubetkin     on behalf of Mediator Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jeffrey A. Lester     on behalf of Creditor    Visions Federal Credit Union jlester@bllaw.com
          Jeffrey A. Lester     on behalf of Creditor    North Jersey Federal Credit Union jlester@bllaw.com
          Kevin Gordon McDonald     on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kim R. Lynch     on behalf of Trustee Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch     on behalf of Plaintiff Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
           kanema@formanlaw.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```