Order Filed on August 18, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, New Jersey 07662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | |
| In Re:<br><br>DELSON ANTONIO DEJESUS,<br><br>                              Debtor. | Chapter:<br><br>Case No.:  18-22603 SLM<br><br>Hearing Date:   August 18, 2020<br>Hearing Time:  2:30 p.m. |

### ORDER GRANTING FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ATTORNEYS FOR BENJAMIN A. STANZIALE, JR., CHAPTER 7 TRUSTEE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0090858 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | Delson Antonio DeJesus |
| Case No: | 18-22603(SLM) |
| Caption of Order: | Order Granting First and Final Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Benjamin A. Stanziale Jr., Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for first and final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt be and hereby is awarded first and final compensation for services rendered in the amount of $ 10,300.00 and reimbursement of expenses in the amount of $ 78.79.

F0090858 - 1