Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−22603−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Delson Antonio De Jesus
   15 East 3rd Street
   Clifton, NJ 07011

Social Security No.:
   xxx−xx−5911

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Stacey L. Meisel on:

DATE: September 15, 2020
TIME: 02:30 PM
LOCATION: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         25,000.00
TOTAL DISBURSEMENTS:       127.93
BALANCE ON HAND:        24,872.07

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Benjamin Stanziale, Jr.
Trustee

COMMISSION OR FEES
1) Trustee's Fees $3,250.00

2) Clerk's Fees Adversary $350.00

EXPENSES
42.15

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: August 18, 2020
JAN: smz

                                                                                          Jeanne Naughton
                                                                                          Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 18-22603-SLM
Delson Antonio De Jesus                                         Chapter 7
         Debtor            CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Aug 18, 2020
                             Form ID: 192             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db            +Delson Antonio De Jesus,   15 East 3rd Street,   Clifton, NJ 07011-1610
aty           +Forman Holt,   66 route 17 North, First Fl,   Paramus, NJ 07652-2672
cr            +Visions Federal Credit Union,   24 McKinley Avenue,   Endicott, NY 13760-5491
cr             WELLS FARGO BANK, N.A.,   PO BOX 10438,   Des Moines, IA  50306-0438
517606080     +American Express,   PO Box 981537,   El Paso, TX 79998-1537
517960204      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
517606081     +Amex Department Stores,   PO Box 8218,   Mason, OH 45040-8218
518026142      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517606084     +Firstmark/Citizens,   121 South 13th Street,   Lincoln, NE 68508-1904
517606086     +Lending Club Corporation,   21 Stevenson,   Suite 300,   San Francisco, CA 94105-2706
517606087     +Loancare,   PO Box 8068,   Virginia Beach, VA 23450-8068
517606088     +Loancare Servicing Center,   3637 Sentara Way,   Suite 303,   Virginia Beach, VA 23452-4262
517606089     +Loandepot.com,   PO Box 77404,   Trenton, NJ 08628-6404
517606090      North Jersey FCU,   711 Totowa Boulevard,   Totowa, NJ 07512
517606093     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corp,   5005 N. River Boulevard NE,
                Cedar Rapids, IA 52411)
517606092      The Home Depot/CBNA,   PO Box 5497,   Sioux Falls, SD 57117
518305608      Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
517606094     +Visions FCU,   24 McKinley Avenue,   Endicott, NY 13760-5491
517983601     +Visions Federal Credit Union,   Jeffrey A Lester Esq. Braverman & Lester,   374 Main Street,
                Hackensack NJ 07601-5805
517606095     +WF/Bobs Discount,   PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 00:12:53      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 00:12:50      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517606079     +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 19 2020 00:16:44
                Alphera Financial Service,   PO Box 3608,   Dublin, OH 43016-0306
517970665      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 19 2020 00:15:22
                BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin OH 43016,  OH  43016
517619532     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 19 2020 00:16:40
                BMW Financial Services NA, LLC,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
517606083      E-mail/Text: bankruptcy@dcu.org Aug 19 2020 00:13:34      Digital Federal Credit Union,
                220 Donald Lynch Boulevard,   Marlborough, MA 01752
518156679      E-mail/Text: bnc-quantum@quantum3group.com Aug 19 2020 00:12:41
                Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
517606082     +E-mail/PDF: pa_dc_ed@navient.com Aug 19 2020 00:15:17      Department of Ed/Navient,
                123 Justison Street,   3rd Floor,   Wilmington, DE 19801-5360
517606085     +E-mail/Text: PBNCNotifications@peritusservices.com Aug 19 2020 00:11:58
                Kohls Department Store,   PO Box 3115,   Milwaukee, WI 53201-3115
518024639      E-mail/PDF: pa_dc_claims@navient.com Aug 19 2020 00:16:45
                Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
517967324     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 00:15:20      PYOD, LLC,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
517606091     +E-mail/Text: bankruptcy@prosper.com Aug 19 2020 00:13:20      Prosper Marketplace,
                221 Main Street,   Suite 300,   San Francisco, CA 94105-1909
518157659     +E-mail/Text: bncmail@w-legal.com Aug 19 2020 00:13:01      Prosper Marketplace Inc.,
                C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2            User: admin              Page 2 of 2          Date Rcvd: Aug 18, 2020
                                Form ID: 192             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,   nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,   nj45@ecfcbis.com
          David L. Stevens    on behalf of Defendant Delson Antonio DeJesus dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          David L. Stevens    on behalf of Debtor Delson Antonio De Jesus dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Franklin S. Montero     on behalf of Debtor Delson Antonio De Jesus montero@fmonterolaw.com,
           thrasher.k@fmonterolaw.com,crisostomo.y@fmonterolaw.com,monterofr95137@notify.bestcase.com
          Jay L. Lubetkin    on behalf of Mediator Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jeffrey A. Lester    on behalf of Creditor    Visions Federal Credit Union jlester@bllaw.com
          Jeffrey A. Lester    on behalf of Creditor    North Jersey Federal Credit Union jlester@bllaw.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kim R. Lynch    on behalf of Trustee Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Plaintiff Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
           kanema@formanlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```