UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, New Jersey 07662
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Attorneys for Benjamin A. Stanziale, Jr.,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

Order Filed on August 18, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

DELSON ANTONIO DEJESUS,

                Debtor.

Chapter:

Case No.: 18-22603 SLM

Hearing Date: August 18, 2020
Hearing Time: 2:30 p.m.

**ORDER GRANTING FIRST AND FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ATTORNEYS
<u>FOR BENJAMIN A. STANZIALE, JR., CHAPTER 7 TRUSTEE</u>**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0090858 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | Delson Antonio DeJesus |
| Case No: | 18-22603(SLM) |
| Caption of Order: | Order Granting First and Final Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Benjamin A. Stanziale Jr., Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for first and final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt be and hereby is awarded first and final compensation for services rendered in the amount of $ 10,300.00 and reimbursement of expenses in the amount of $ 78.79.

F0090858 - 1

```
                            United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                                    Case No. 18-22603-SLM
Delson Antonio De Jesus                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Aug 18, 2020
                              Form ID: pdf903          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db             +Delson Antonio De Jesus,    15 East 3rd Street,    Clifton, NJ 07011-1610
aty            +Forman Holt,   66 route 17 North, First Fl,    Paramus, NJ 07652-2672

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              David L. Stevens    on behalf of Debtor Delson Antonio De Jesus dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              David L. Stevens    on behalf of Defendant Delson Antonio DeJesus dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Franklin S. Montero     on behalf of Debtor Delson Antonio De Jesus montero@fmonterolaw.com,
               thrasher.k@fmonterolaw.com,crisostomo.y@fmonterolaw.com,monterofr95137@notify.bestcase.com
              Jay L. Lubetkin    on behalf of Mediator Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey A. Lester    on behalf of Creditor    Visions Federal Credit Union jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Creditor    North Jersey Federal Credit Union jlester@bllaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of Plaintiff Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
               kanema@formanlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13