| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>BENJAMIN A. STANZIALE, JR., TRUSTEE<br>29 Northfield Avenue, Suite 201<br>West Orange, NJ 07052<br>Chapter 7 Trustee | |
| In Re:<br>Delson De Jesus<br><div align="right">Debtor.</div> | Case No. : 18-22603<br><br>Chapter 7<br><br>Judge: STACEY L. MEISEL |

**Order Filed on September 15, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: September 15, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: DE JESUS, DELSON
Case No.: 18-22603-SLM
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is hereby

**ORDERED** that the sum of $3,250.00 is reasonable compensation for the services in this case by Benjamin A. Stanziale, Jr., trustee, that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, and it is further

**ORDERED** that 42.15 is reasonable for actual and necessary expenses advanced by the trustee; and it is further

**ORDERED** that such sums are awarded to the trustee.