UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
BENJAMIN A. STANZIALE, JR., TRUSTEE
29 Northfield Avenue, Suite 201
West Orange, NJ 07052
Chapter 7 Trustee

Order Filed on September 15, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
Delson De Jesus
                    Debtor.

Case No. : 18-22603

Chapter 7

Judge: STACEY L. MEISEL

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: September 15, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: DE JESUS, DELSON
Case No.: 18-22603-SLM
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is hereby

**ORDERED** that the sum of $3,250.00 is reasonable compensation for the services in this case by Benjamin A. Stanziale, Jr., trustee, that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, and it is further

**ORDERED** that 42.15 is reasonable for actual and necessary expenses advanced by the trustee; and it is further

**ORDERED** that such sums are awarded to the trustee.

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                      Case No. 18-22603-SLM
Delson Antonio De Jesus                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Sep 15, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db             +Delson Antonio De Jesus,    15 East 3rd Street,    Clifton, NJ 07011-1610
aty            +Forman Holt,   66 route 17 North, First Fl,    Paramus, NJ 07652-2672

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              David L. Stevens    on behalf of Debtor Delson Antonio De Jesus dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.co
               m;martinezcr93878@notify.bestcase.com
              David L. Stevens    on behalf of Defendant Delson Antonio DeJesus dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.co
               m;martinezcr93878@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Franklin S. Montero    on behalf of Debtor Delson Antonio De Jesus montero@fmonterolaw.com,
               thrasher.k@fmonterolaw.com,crisostomo.y@fmonterolaw.com,monterofr95137@notify.bestcase.com
              Jay L. Lubetkin    on behalf of Mediator Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey A. Lester    on behalf of Creditor    Visions Federal Credit Union jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Creditor    North Jersey Federal Credit Union jlester@bllaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of Plaintiff Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
               kanema@formanlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13