**Information to identify the case:**

| Debtor 1 | Delson Antonio De Jesus | Social Security number or ITIN | xxx–xx–5911 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 18–22603–SLM | | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Delson Antonio De Jesus

2/19/21                                                                 **By the court:** Stacey L. Meisel
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 18-22603-SLM
Delson Antonio De Jesus                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                  Page 1 of 3
Date Rcvd: Feb 19, 2021                       Form ID: 318                                 Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delson Antonio De Jesus, 15 East 3rd Street, Clifton, NJ 07011-1610 |
| aty | + | Forman Holt, 66 route 17 North, First Fl, Paramus, NJ 07652-2672 |
| cr | + | Lakeview Loan Servicing, LLC., RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | ++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491 address filed with court:, Visions Federal Credit Union, 24 McKinley Avenue, Endicott, NY 13760 |
| 517606081 | + | Amex Department Stores, PO Box 8218, Mason, OH 45040-8218 |
| 517606084 | + | Firstmark/Citizens, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 517606086 | + | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 517606087 | + | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517606088 | + | Loancare Servicing Center, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 517606089 | + | Loandepot.com, PO Box 77404, Trenton, NJ 08628-6404 |
| 517606090 | | North Jersey FCU, 711 Totowa Boulevard, Totowa, NJ 07512 |
| 517606092 | | The Home Depot/CBNA, PO Box 5497, Sioux Falls, SD 57117 |
| 517606094 | ++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491 address filed with court:, Visions FCU, 24 McKinley Avenue, Endicott, NY 13760 |
| 517983601 | + | Visions Federal Credit Union, Jeffrey A Lester Esq. Braverman & Lester, 374 Main Street, Hackensack NJ 07601-5805 |
| 517606095 | + | WF/Bobs Discount, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: membersolutions@visionsfcu.org | Feb 19 2021 20:56:00 | Visions Federal Credit Union, 24 McKinley Avenue, Endicott, NY 13760 |
| cr | | EDI: WFFC.COM | Feb 20 2021 01:33:00 | WELLS FARGO BANK, N.A., PO BOX 10438, Des Moines, IA 50306-0438 |
| 517606079 | + | EDI: BMW.COM | Feb 20 2021 01:33:00 | Alphera Financial Service, PO Box 3608, Dublin, OH 43016-0306 |
| 517606080 | + | EDI: AMEREXPR.COM | Feb 20 2021 01:33:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517960204 | | EDI: BECKLEE.COM | Feb 20 2021 01:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517970665 | | EDI: BMW.COM | Feb 20 2021 01:33:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin OH 43016, OH 43016 |
| 517619532 | + | EDI: AISACG.COM | Feb 20 2021 01:33:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 518026142 | | EDI: BL-BECKET.COM | Feb 20 2021 01:33:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517606083 | | Email/Text: bankruptcy@dcu.org | Feb 19 2021 20:59:00 | Digital Federal Credit Union, 220 Donald Lynch Boulevard, Marlborough, MA 01752 |
| 518156679 | | EDI: Q3G.COM | Feb 20 2021 01:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517606082 | + | EDI: NAVIENTFKASMDOE.COM | Feb 20 2021 01:33:00 | Department of Ed/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 517606085 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 19 2021 20:56:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517606086 | + | EDI: LENDNGCLUB | Feb 20 2021 01:33:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 518024639 | | EDI: NAVIENTFKASMSERV.COM | Feb 20 2021 01:33:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517967324 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2021 23:00:47 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517606091 | + | Email/Text: bankruptcy@prosper.com | Feb 19 2021 20:58:00 | Prosper Marketplace, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518157659 | + | Email/Text: bncmail@w-legal.com | Feb 19 2021 20:58:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517606093 | | EDI: TFSR.COM | Feb 20 2021 01:33:00 | Toyota Motor Credit Corp, 5005 N. River Boulevard NE, Cedar Rapids, IA 52411 |
| 518305608 | | EDI: BL-TOYOTA.COM | Feb 20 2021 01:33:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517606094 | | Email/Text: membersolutions@visionsfcu.org | Feb 19 2021 20:56:00 | Visions FCU, 24 McKinley Avenue, Endicott, NY 13760 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 19, 2021 | Form ID: 318 | Total Noticed: 34 |

**below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| David L. Stevens | on behalf of Defendant Delson Antonio DeJesus dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| David L. Stevens | on behalf of Debtor Delson Antonio De Jesus dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin S. Montero | on behalf of Debtor Delson Antonio De Jesus montero@fmonterolaw.com thrasher.k@fmonterolaw.com,crisostomo.y@fmonterolaw.com,monterofr95137@notify.bestcase.com |
| Jay L. Lubetkin | on behalf of Mediator Jay L. Lubetkin jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com |
| Jeffrey A. Lester | on behalf of Creditor Visions Federal Credit Union jlester@bllaw.com |
| Jeffrey A. Lester | on behalf of Creditor North Jersey Federal Credit Union jlester@bllaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kim R. Lynch | on behalf of Trustee Benjamin A. Stanziale Jr. klynch@formanlaw.com, kanema@formanlaw.com |
| Kim R. Lynch | on behalf of Plaintiff Benjamin A. Stanziale Jr. klynch@formanlaw.com, kanema@formanlaw.com |
| Shauna M Deluca | on behalf of Creditor Lakeview Loan Servicing LLC. sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14